# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE RUSSELL, | ) |
| Plaintiff, | ) |
| | ) Civil No. 1:14-cv-1681 (EGS) |
| v. | ) |
| DEPARTMENT OF JUSTICE, *et al*. | ) |
| Defendant. | ) |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Defendants, Department of Justice, the Department of Homeland Security, and the National Security Agency ("Defendants") pursuant to Fed. R. Civ. P. 6(b)(1), respectfully request an one (1) week enlargement of time up to and including May 28, 2015, to file a Status Report in the instant case. Good cause exists to grant this motion.

1. On April 20, 2015, Defendant filed a status report with the Court. Defendant requested that a further Status Report be filed on or before May 20, 2015. Defendant now requests additional time to gather additional information from various components of the Department of Justice.

2. Defendants request this extension in good faith and not for the purpose of delay and the requested relief will not affect any other deadlines currently imposed by the Court.

3. Undersigned counsel contacted Plaintiff's counsel and Plaintiff consents to the requested relief.

4. Defendants, accordingly, request an extension of time until May 28, 2015 to file a Status Report.

* * *

Dated: May 20, 2015
       Washington, DC

                                              Respectfully Submitted,

                                              VINCENT H. COHEN, JR. D.C. Bar #471489
Acting United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Civil Chief

By: */s/ Carl E. Ross* _____
CARL EZEKIEL ROSS, D.C. Bar #492441
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Tel:   (202) 252-2533
Fax:   (202) 252-2505