# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE RUSSELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 1:14-cv-1681 (EGS) |
| v. ) | |
| ) | |
| DEPARTMENT OF JUSTICE, *et al*. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Consent Motion for an Extension of Time, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED;

ORDERED that Defendants' shall file a Status Report on or before May 28, 2015.

SIGNED:

_____   _____
Date                               EMMET G. SULLIVAN
                                         United States District Judge