UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE RUSSELL, ) <br> ) <br> ) Case No. 1:14-cv-1681 (EGS) <br> PLAINTIFF ) <br> vs. ) <br> ) <br> ) <br> DEPARTMENT OF JUSTICE, *et al.*, ) <br> ) <br> ) <br> ) <br> DEFENDANTS ) <br> ) <br> ) | |

## JOINT STATUS REPORT

**Plaintiff**

This FOIA action involves the following agencies/components: DOJ, FBI, BOP, EOUSA, USAO, DHS, USSS and NSA. Plaintiff has received responses these agencies/components as follows:

FBI (A component of Defendant DOJ)

Plaintiff submitted his FOIA request to FBI on May 7, 2014. The request sought expedited processing and a waiver of fees. Plaintiff received an acknowledgment letter from the FBI dated July 22, 2014 assigning his request tracking number 1250857-000 and stating that the FBI was conducting a search for responsive records. Plaintiff has received no further correspondence from the FBI with respect to tracking number 1250857-000.

Plaintiff a letter from the FBI dated March 17, 2015. This letter indicated that documents responsive to his request to the EOUSA had been referred to the FBI and assigned. The FBI assigned this request tracking number 1324274-000. The letter further indicated that all of the documents received by the FBI had already been processed and released to Plaintiff in FOIPA 1250857-001. However, Plaintiff has not received any records from the FBI and is unaware of what the reference to tracking number 1250857-001 refers to.

**Current status of request to FBI: Plaintiff has not received the FBI's purported release of records. Plaintiff does not know the status of his request for a waiver of fees or for expedited processing.**

BOP (A component of Defendant DOJ)

Plaintiff submitted his FOIA request to BOP on May 27, 2014. The request sought expedited processing and a waiver of fees. Plaintiff received a letter from the BOP dated August 5, 2014 assigning his request tracking number 2014-08694 and stating that the BOP was denying his requests for expedited processing and a fee waiver. On August 8, 2014, Plaintiff submitted an appeal of his fee waiver denial to the DOJ's Office of Information Policy (OIP). Plaintiff received a letter from OIP dated September 5, 2014 acknowledging his appeal and assigning his appeal tracking number AP-2014-04480. Plaintiff received two letters from OIP, one affirming the denial of his request for expedited processing (dated September 23, 2014, tracking number September 23, 2014), and one affirming the denial of his request for a fee waiver, but remanding to BOP to complete two free hours of search time and 100 free pages.

In a letter dated December 8, 2014, the BOP informed Plaintiff that in response to OIP's remand, it was releasing 100 pages of records. Plaintiff received a release of 100 pages of records from BOP.

**Current status of BOP request: It appears that the BOP ceased processing Plaintiff's FOIA request after producing 100 pages of records. Plaintiff contends that he is entitled to a waiver of fees, or in the alternative to be treated as a media requester for fee purposes.**

DOJ Criminal Division (A component of Defendant DOJ)

On May 27, 2014, Plaintiff submitted a FOIA request to the DOJ Criminal Division. The request also sought expedited processing and a waiver of fees. Plaintiff received a letter from the DOJ Criminal Division dated September 2, 2014 assigning his request tracking number CRM-300457018 and stating that the DOJ Criminal Division was denying his request for expedited processing. Plaintiff has not received any further correspondence from DOJ Criminal Division.

**Current status of DOJ Criminal Division request: Plaintiff does not know whether or not he was granted a fee waiver and whether or not DOJ Criminal Division has processed any records.**

EOUSA (A component of Defendant DOJ)

On May 27, 2014, Plaintiff submitted a FOIA request to EOUSA seeking records about the subject of his request "maintained by the Executive Office of the United States

Attorneys or the relevant individual United States Attorney's offices[.]" The request specified that the judicial districts in which the investigation/prosecution or other litigation occurred were the District of New Jersey, District of Arkansas, and District of Oklahoma. The request also sought expedited processing and a waiver of fees. Plaintiff received a letter from EOUSA dated August 15, 2014 assigning the portion of his FOIA request related to the District of New Jersey tracking number FOIA-2014-03439. Plaintiff received a letter from EOUSA dated August 15, 2014 assigning the portion of his FOIA request related to the Western District of Arksansas tracking number FOIA-2014-03440. Plaintiff received a letter from EOUSA dated August 15, 2014 assigning the portion of his FOIA request related to the Western District of Oklahoma tracking number FOIA-2014-03441.

### Western District of Oklahoma

Plaintiff received a letter from EOUSA dated September 2, 2014 regarding his FOIA request FOIA-2014-03441 related to the Western District of Oklahoma, stating that no responsive records could be located. On September 12, 2014, Plaintiff submitted an appeal to OIP of the no responsive records response regarding his FOIA request FOIA-2014-03441 related to the Western District of Oklahoma. Plaintiff received a letter from OIP dated October 1, 2014 acknowledging receipt of his appeal of FOIA request FOIA-2014-03441 and assigning it tracking number AP-2014-04919. Plaintiff has not received any determination from OIP as to the status of his administrative appeal regarding the Western District of Oklahoma.

### Western District of Arkansas

Plaintiff received a letter from EOUSA dated March 9, 2015 regarding his FOIA request FOIA-2014-03440 related to the Western District of Arkansas. Accompanying the letter was 9 pages of records released in full and 4 pages released in part.

### Eastern District of Arkansas

Plaintiff received a letter from EOUSA dated February 19, 2015 regarding his FOIA request FOIA-2014-03441 related to the Eastern District of Arkansas. Plaintiff has not received any further correspondence regarding this request.

### District of New Jersey

 Plaintiff has not received any further correspondence regarding his FOIA request FOIA-2014-03439 related to the District of New Jersey.

**Current status of EOUSA request: Plaintiff does not know whether the Western District of Oklahoma will be conducting a new search in response to his administrative appeal. The Western District of Arkansas appears to have completed its processing. Plaintiff does not know the status of the District of New Jersey or the Eastern District of Arkansas.**

USSS (A component of Defendant DHS)

On May 27, 2014, Plaintiff submitted a FOIA request to the USSS. The request also sought expedited processing and a waiver of fees. Plaintiff received a letter from the USSS dated August 8, 2014 assigning his request tracking number 20140842 and requesting copies of news articles or other publications under his name. Plaintiff received a letter from the USSS dated September 26, 2014 indicating that any records responsive

to his request (20140842) were being reviewed. Plaintiff received a final determination letter from the USSS dated November 20, 2014, which included a release of four pages of records. The letter further indicated that certain documents in the possession of the USSS were referred to another agency for review and direct response to Plaintiff.

**Current status of USSS request: The USSS appears to have completed processing of Plaintiff's request. However, Plaintiff does not know which agencies the records were referred to or the status of processing of those referred documents.**

NSA

On May 27, 2014, Plaintiff submitted a FOIA request to the NSA. The request sought expedited processing and a waiver of fees. Plaintiff received a letter from the NSA dated July 30, 2014 assigning his request tracking number 78674 and stating that no responsive records could be located. Plaintiff submitted an appeal to the NSA of the no responsive records response. Plaintiff received a letter from the NSA dated September 8, 2014 acknowledging his appeal and assigning it tracking number 4042. Plaintiff has not received any final determination on his administrative appeal.

**Current status of NSA request: Plaintiff does not know whether the NSA intends to conduct any further search for records as a result of his administrative appeal.**

**Defendants**

On June 1, 2015, counsel for Defendants informed Plaintiff's counsel that it was awaiting additional information from the FBI but that to the best of its knowledge each of

the other components had completed their respective FOIA searches and releases. Defendants' counsel, then requested that Plaintiff provide details regarding what, if any, responsive information Plaintiff believes it is still entitled to, to determine what issues remain and whether the parties could resolve those issues.  Plaintiff provided a brief list of the components that have provided responsive information on June 1, 2015 but now provides more detailed information regarding responsive information it continues to seek in the instant status report.  Defendants maintain the same position it held on June 1, 2015, that it has fulfilled its obligations under the FOIA, save any responses by the FBI, but that it is willing to continue working to resolve any issues in the instant matter. Therefore, in light of the additional information provided by Plaintiff in the instant status report, Defendants respectfully request that they be permitted to provide an update to Plaintiff in approximately one (1) week, and a further status report in twenty-one (21) days informing the Court whether the parties wish to continue working to resolve the remaining issues or would like to move to a briefing schedule.

Dated:  July 10, 2015

                                                Respectfully Submitted,

                                                  /s/ Jeffrey Light
                                                  Jeffrey L. Light
                                                  D.C. Bar #485360
                                                  1712 Eye St., NW
                                                  Suite 915
                                                  Washington, DC 20006
                                                  (202)277-6213

                                                  *Counsel for Plaintiff*

Respectfully Submitted,

VINCENT H. COHEN, JR. D.C. Bar #471489
Acting United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Civil Chief

By: */s/ Carl E. Ross*
CARL EZEKIEL ROSS, D.C. Bar #492441
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Tel:  (202) 252-2533
Fax:  (202) 252-2505

Attorneys for Defendant