# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE RUSSELL | ) |
| Plaintiff, | ) |
| | ) Civil No. 1:14-cv-1681 (EGS) |
| v. | ) |
| DEPARTMENT OF JUSTICE, *et al.* | ) |
| Defendant. | ) |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Department of Justice, specifically the U.S. Department of Justice Criminal Division ("Criminal Division") and the United States Attorneys' Offices ("EOUSA"), pursuant to Fed. R. Civ. P. 6(b)(1), respectfully request a thirty (30) day enlargement of time up to and including November 12, 2015, to comply with the Court's August 31, 2015 Order. Good cause exists to grant this motion.

On August 31, 2015, the Court issued an Order setting a production schedule for each of the Defendant components in the above captioned matter. Among the production deadlines were deadlines for completion of processing and the release of information from both the Criminal Division and various United States Attorneys' Offices. Specifically, the Court ordered the Criminal Division to "complete its efforts, release responsive documents, and inform the plaintiff of the number of documents released by no later than October 12, 2015."[1] The Criminal Division

---

[1] October 12, 2015 was a federal holiday. Accordingly, undersigned counsel contacted Plaintiff's counsel on Friday, October 9, 2015 to provide information in compliance with the Court's Order and provided additional information, at Plaintiff's request, on the next business day, October 13, 2015.

1

timely completed its processing efforts with respect to the documents originally netted in its search, save for several documents referred to other agencies for processing. Defendant also provided Plaintiff with information regarding the number of documents that have been released upon completion of the Criminal Division's initial processing efforts. The Criminal Division, however, has located additional documents that were not included in its initial estimates. Defendant, the Criminal Division, accordingly needs additional time to "complete its efforts" as ordered by the Court in light of the additional documents. Defendant, Criminal Division, accordingly, now requests a thirty (30) day extension of time to complete its processing of the additional documents.

Likewise, despite diligent efforts, EOUSA requests additional time to provide complete affidavits from multiple offices addressing each of the issues outlined in the Court's August 31, 2015 Order. While EOUSA has continued its processing efforts and gathered a significant portion of the information Ordered by the Court it needs additional time to complete affidavits. Defendants have agreed to informally provide ongoing status information to Plaintiff and indeed, undersigned counsel has provided up-to-date status information to Plaintiff regarding several Defendant components. Defendant now requests an additional thirty (30) days to complete its efforts with respect to the various U.S. Attorneys' Offices nationwide and provide Plaintiff formal affidavits addressing the issues outline in the Court's August 31, 2015 Order.

Defendant requests these extensions in good faith and not for the purpose of delay. Furthermore, the requested relief will not affect any other deadlines currently imposed by the Court. Undersigned counsel contacted Plaintiff's counsel and Plaintiff "does not oppose" the requested relief. Defendant, Criminal Division and EOUSA accordingly, request a thirty (30) day

2

extension of time up to and including November 12, 2015, to comply with the Court's August 31, 2015 Order.

*   *   *

Dated: October 13, 2015
       Washington, DC

>Respectfully Submitted,
>
>VINCENT H. COHEN, JR. D.C. Bar #471489
>Acting United States Attorney
>for the District of Columbia
>
>DANIEL F. VAN HORN, D.C. Bar #924092
>Civil Chief
>
>By: */s/ Carl E. Ross*
>CARL EZEKIEL ROSS, D.C. Bar #492441
>Assistant United States Attorney
>Civil Division
>555 4th Street, N.W.
>Washington, D.C. 20530
>Tel:   (202) 252-2533
>Fax:   (202) 252-2505
>
>Attorneys for Defendant