# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE RUSSELL | ) |
| Plaintiff, | ) ) |
| | ) Civil No. 1:14-cv-1681 (EGS) |
| v. | ) ) |
| DEPARTMENT OF JUSTICE, *et al*. | ) ) |
| Defendant. | ) ) |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

Defendants, Department of Justice, the Department of Homeland Security, and the National Security Agency ("Defendants") pursuant to Fed. R. Civ. P. 6(b)(1), respectfully request a brief enlargement of time up to and including November 16, 2015, to file a Status Report in the instant case. Good cause exists to grant this motion.

1. On October 22, 2015, the Court issued an Order directing Defendants file a Status Report on or before November 12, 2015.

2. Defendants have worked to meet the Court's deadlines and, indeed, Defendant Department of Justice Criminal Division anticipates releasing additional information this evening.

3. Undersigned counsel, however, requests additional time to gather information regarding the exact dates additional information was provided to Plaintiff and, if necessary, provide additional electronic copies to Plaintiff.

4. Defendants, accordingly, request an extension of time until November 16, 2015 to file a Status Report.

1

5. Undersigned counsel spoke with Plaintiff's Counsel and Plaintiff consents to the instant request. Defendants, accordingly, request that the Court grant their motion and allow Defendants up to and including November 16, 2015, to file a Status Report.

* * *

Dated: November 12, 2015
Washington, DC

        Respectfully Submitted,

        CHANNING D. PHILLIPS, D.C. Bar #415793
        United States Attorney
        for the District of Columbia

        DANIEL F. VAN HORN, D.C. Bar #924092
        Civil Chief

        By: */s/ Carl E. Ross*_____
        CARL EZEKIEL ROSS, D.C. Bar #492441
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        Tel: (202) 252-2533
        Fax: (202) 252-2505